FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 AUG 12 AM 9:48

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ARCHIE JOEL CHAMPION, III, | * | |
| Appellant, | * | |
| v. | * | CV 319-029 |
| MORRIS BANK and THE MERCHANT AND CITIZENS BANK, | * | |
| Appellees. | * | |

O R D E R

Appellant-Debtor Archie Joel Champion III appeals the Bankruptcy Court's denial of his motion for entry of discharge. After a careful review of the record and the parties' briefs, the Court affirms the denial of Appellant-Debtor's motion for entry of discharge based on the Honorable Susan Barrett's thorough and well-reasoned Order and Opinion entered March 28, 2019.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE