# United States District Court
## Southern District of Georgia

ARCHIE JOEL CHAMPION, III,

    Appellant,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 319-029
(US Bankruptcy SDGA: 17-30330-SDB)

MORRIS BANK and THE MERCHANT AND CITIZENS BANK,

    Appellees.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 12, 2019, the Bankruptcy's Order and Opinion dated March 28, 2019 hereby stands affirmed, and this case is remanded to the Bankruptcy Court for further proceedings.



| 08/12/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk